# ROMANO GARUBO & ARGENTIERI
*Counselors at Law LLC*

Michael F.J. Romano, Member *
mromano@rgalegal.com

Emmanuel J. Argentieri, Member*
eargentieri@rgalegal.com

Louis W. Skinner*
lskinner@rgalegal.com

*Member of the NJ & PA Bar
**Member of the NJ & NY Bar
***Member of NY, NJ, & CA Bar

52 Newton Avenue
P.O. Box 456
Woodbury, NJ 08096
Telephone: (856) 384-1515
Telefax: (856) 384-6371

*Of Counsel:*
Angelo G. Garubo, Esquire**
agarubo@rgalegal.com

Evan J. Salan, Esquire***
esalan@rgalegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/8/2024

August 8, 2024

alcarternysdchambers@nysd.uscourts.gov
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:  Commercial Credit Group Inc. vs. Star Truck Transport Inc.
     Case No.: 1:24-cv-05329-ALC

Dear Judge Carter,

This office represents plaintiff, Commercial Credit Group Inc. ("CCG"), in the above matter. The case is scheduled for a hearing before Your Honor on August 9, 2024 at 2:00 p.m. via telephone conference pursuant to an Order to Show Cause entered on July 29, 2024 and served on Defendants by fedex on July 30, 2024 [Doc. 10].

Please be advised that on August 7, 2024, we received an email to chambers sent by defendant Boban Ljubovski on behalf of both defendants requesting an adjournment of the hearing to August 22, 23, or September 4, 2024. While CCG remains unclear on the basis for this request so long as it is clear to the Defendants that the restraints imposed on the Defendants will remain in place until the motion is heard and ruled upon, we defer to the judge's calendar. I note that Mr. Ljubovski previously advised me that he could be ready on August 14, 2024. We are available on any of his suggested dates and will make ourselves available on any date the court deems appropriate in August.

Respectfully submitted,

MICHAEL F.J. ROMANO, ESQUIRE

MFJR:gcm

**MEMO ENDORSED**

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2024
The Court hereby adjourns the previously ordered conference in connection with its Order to Show Cause at ECF No. 12 to August 23 at 2:00 PM. The Parties should contact the Court at 1-888-363-4749, access code: 3768660.
Defendants shall serve and file any answering declarations or memoranda on or before August 19, 2024. Plaintiff shall serve and file any reply papers on or before August 21, 2024.