USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/23/2024__

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMERCIAL CREDIT GROUP INC.,**<br><br>Plaintiff,<br><br>-against-<br><br>**STAR TRUCK TRANSPORT INC.,**<br><br>Defendant. | **24-CV-05329**<br><br>**Order** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on August 23, 2024, the Court sets the following deadlines as to:

- **August 26, 2024:** Parties to meet and confer at 2 PM to discuss the pendency of this action.
- **August 29, 2024:** Plaintiff to file a status report informing the Court of how the Parties wish to proceed.

**SO ORDERED.**

Dated:  August 23, 2024
         New York, New York

                                                                                 **ANDREW L. CARTER, JR.**
                                                                                 **United States District Judge**