USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMERCIAL CREDIT GROUP INC.,**<br><br>Plaintiff,<br><br>-against-<br><br>**STAR TRUCK TRANSPORT INC.,** *et al.*,<br><br>Defendant. | 24-CV-05329<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will hold a telephonic conference on **September 25th, 2024 at 4:00 PM Eastern Time.** The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:  September 20, 2024
         New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.
United States District Judge**