**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**COMMERCIAL CREDIT GROUP INC.,**

                          **Plaintiff,**

               **-against-**

**STAR TRUCK TRANSPORT INC. ET AL,**

                   **Defendants.**

------------------------------------------------------------ x

                  **24-cv-5329**

                  <u>**ORDER TO SHOW CAUSE**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On May 21, 2025, Plaintiff Commercial Credit Group Inc. filed a motion for entry of final judgment for possession and releasing bond. ECF No. 27. Because Defendants never responded, on February 25, 2026, the Court issued an Order to Show Cause why Plaintiff's motion should not be granted by March 4, 2026. ECF No. 31. To date, Defendants have not responded to the Order to Show Cause. Therefore, the Court grants Plaintiff's motion for judgment. The Clerk of Court is respectfully requested to terminate ECF No. 26 and to release the bond posted on October 17, 2024.

**SO ORDERED.**

**Dated**:   March 13, 2026
           New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**

1