**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC.<br><br>Plaintiff,<br><br>- against -<br><br>STAR TRUCK TRANSPORT INC., AND BOBAN LJUBOVSKI, individually<br><br>Defendants. | Case No.: 1:24-cv-05329-ALC<br><br>**CIVIL ACTION**<br><br>**ORDER FOR FINAL JUDGMENT** |

Upon consideration of Plaintiff, Commercial Credit Group Inc.'s Motion for Final Judgment and the Declaration of Michael F.J. Romano, Esq., and the accompanying Memorandum of Law, and for good cause shown, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**; and it is,

**FURTHER ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff Commercial Credit Group Inc. pursuant to the Court's Order to Show Cause of March 13, 2026 [Dk 34] awarding CCG (i) the right to the immediate possession of the 2019 Freightliner and Champion Trailer, and 2018 Freightliner and Great Dane Trailer; (ii) the right to lease, sell or otherwise dispose of same; and (iii) requiring the Clerk to release the bond posted by CCG.

**SO-ORDERED:**

Dated: This 9th day of July, 2026.

By: ______________________

Andrew L. Carter, Jr.
United States District Court Judge